# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 15, 2018

## NO. 03-17-00138-CV

**Shawn Hall Lecuona, Appellant**

**v.**

**Mark R. Lecuona, Appellee**

### APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND GOODWIN
### AFFIRMED—OPINION BY JUSTICE PEMBERTON

This is an appeal from the November 30, 2016, final judgment of the district court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's judgment. Therefore, the Court affirms the district court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.